UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
April 20, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA, )
                                                    )
        Plaintiff,          )
v.                                        )
                                                )
TIFFANY SHALIA BROWN,      )
                                                )
        Defendant.        )

Case No. 2:12MJ00102-GGH-8

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release __TIFFANY SHALIA BROWN__ , Case No. __2:12MJ00102-GGH-8__ , Charge __21USC § 846, 841(a)(1)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $_____

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

    ✔ (Other)    __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __April 20, 2012__ at __2:00 pm__ .

                              By  /s/ Gregory G. Hollows
                                   Gregory G. Hollows
                                   United States Magistrate Judge

Copy 5 - Court